FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 16 2020

JAMES W. McCORMACK, CLERK
By: /s/
          DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

PLAINTIFF

v.                                Case No. 4:20-cv-1423-KGB

JEREMY W. BELL                                          DEFENDANT

## CONSENT JUDGMENT

This matter coming before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the Defendant, Jeremy Bell, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the Plaintiff in the principal amount of $45,374.00 with no interest accrued.

2. Execution of the Judgment shall be stayed on the condition that the Defendant shall satisfy this Judgment by making full payment in the principal amount of $45,374.00 with no interest accrued. Payments shall be made in the amount of $100.00 per month, which are due and payable on the 15th of each month, beginning December 15, 2020, until the debt is satisfied in full. All checks or money orders are to be made payable to the Department of Justice. Said payments should be sent to the U.S. Department of Justice Facility, Nationwide Central Intake, P.O. Box 790363, St. Louis, MO 63179-0363.

3. That the Defendant shall submit to the Plaintiff for review on at least an annual basis a statement of his/her financial condition and that such information shall be grounds to increase

the payments of the Defendant to the Plaintiff at that time.

4. The Judgment shall be filed with the county clerk of the county of residence of the Defendant and any other jurisdiction where the Plaintiff deems appropriate.

5. In the event the Defendant defaults in the payment of any installment due under this order, upon application by the Plaintiff after notice to the Defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the Defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Jeremy W. Bell, 911 Bells Chapel Road, West Atkins, Arkansas 72823, at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:

CODY HILAND
UNITED STATES ATTORNEY

_/s/ Shannon S. Smith_         12/03/2020
SHANNON S. SMITH              DATE
ASSISTANT U.S. ATTORNEY

_/s/ Jeremy Bell_              11-30-2020
JEREMY BELL                    DATE
DEFENDANT

APPROVED:

_/s/ Kristine G. Baker_        December 16, 2020
UNITED STATES JUDGE            DATE